UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                   CASE NO. 16 B 08226
                                                         CHAPTER 13
TOMMY FURLOW
                                                         JUDGE CAROL A DOYLE

         DEBTOR                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NEW PENN FINANCIAL

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 48 | XXXXXX7099 | $492.08 | $492.08 | $492.08 |
| Total Amount Paid by Trustee | | | | | $492.08 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-08226-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 30th day of August, 2017.

Debtor:
TOMMY FURLOW
10104 S KING DR
CHICAGO, IL 60628

Attorney:
THE SEMRAD LAW FIRM LLC
20 S CLARK ST 28TH FLR
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
NEW PENN FINANCIAL
% SHELLPOINT MORTGAGE
PO BOX 740039
CINCINNATI, OH 45274-0039

Mortgage Creditor:
CODILIS & ASSOCIATES
15W030 N FRONTAGE RD # 100
BURR RIDGE, IL 60527

Mortgage Creditor:
PIERCE & ASSOC
1 N DEARBORN # 1300
CHICAGO, IL 60602

Mortgage Creditor:
ARNSTEIN & LEHR
120 S RIVERSIDE PLZ # 1200
CHICAGO, IL 60606-3913

Creditor:
SHELLPOINT MORTGAGE SVC
PO BOX 10826
GREENVILLE, SC 29603-0826

Mortgage Creditor:
MCCALLA RAYMER PIERCE LLC
1 N DEARBORN ST STE 1300
CHICAGO, IL 60602

ELECTRONIC SERVICE - United States Trustee

Date: August 30, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603